**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

    **v.**                                                                                    Case No. 08-cr-153-PB

<u>Lan Thy Ly</u>

### O R D E R

    The defendant, through counsel, has moved to continue the trial scheduled for October 6, 2009, citing the need for additional time to meet with the defendant and prepare a defense. The government does not object to a continuance of the trial date.

    Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from October 6, 2009 to January 5, 2010.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The September 23, 2009 final pretrial conference is continued to December 22, 2009 at 11:30 a.m.

No further continuances.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

September 21, 2009

cc: R. Brian Snow, Esq.
    Jennifer Davis, Esq.
    United States Probation
    United States Marshal