```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                              Case No. 08-cr-153-PB

**Lan Thy Ly**


**O R D E R**

The defendant, through counsel, has moved to continue the trial scheduled for January 5, 2010, citing the need for additional time to arrange for defendant's participation in the pretrial diversion program and engage in plea negotiations.  The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from January 5, 2010 to April 6, 2010.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

December 18, 2009

cc: R. Brian Snow, Esq.
    Jennifer Davis, Esq.
    United States Probation
    United States Marshal